

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00444-CR

Phillip Longoria
v.
The State of Texas

On appeal from the
25th District Court of Gonzales County, Texas
Trial Cause No. 98-16-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

July 26, 2018